UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG XIA, <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES CALIFORNIA SERVICE CENTER, et al., <br><br> Defendants. | Case No. 8:24-cv-01233-DOC-DFM <br><br> **ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND STAYING CASE** |

IT IS SO ORDERED that the current time within which Defendants must answer, plead, or otherwise respond to Plaintiff's Complaint shall be extended from August 19, 2024, the date such filing(s) are currently due, to October 18, 2024. The case shall be administratively stayed until October 15, 2024.

Dated: August 14, 2024

*David O. Carter*

U.S. DISTRICT JUDGE
DAVID O. CARTER